# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEGHAN FINCH, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
DAUGHTER, LAYLA FINCH

VERSUS

CHRIST EPISCOPAL CHURCH IN
COVINGTON, LOUISIANA, CHURCH
MUTUAL INSURANCE COMPANY,
DAVIS DRAPERY & INTERIORS,
INC., AND STARR INDEMNITY
AND LIABILITY COMPANY

NO.  2019 CW 1556

**DECEMBER 09, 2019**

---

In Re:   Meghan Finch, Individually and on behalf of her minor
         daughter, Layla Finch, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 2016-12603.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**PMc**
**JEW**

**Holdridge, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT